IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE, <br><br> Plaintiff, <br><br> v. <br><br> THE RITZ-CARLTON OF CHICAGO, INC., an Illinois corporation, <br><br> Defendant. | Case No. 1:24-cv-01839 <br><br> Honorable Franklin U. Valderrama |

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff respectfully notifies the Court that the Parties have agreed to settle the above-captioned matter in principle. The Parties respectfully request that all upcoming deadlines be adjourned for thirty (30) days so the Parties may focus on finalizing a settlement agreement and filing a stipulation of dismissal.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (872) 329-4844
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: November 11, 2024

1