## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LOIS WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:24-cv-01839 |
| | ) | Honorable Franklin U. Valderama |
| THE RITZ-CARLTON OF CHICAGO, | ) | Magistrate: Honorable Jeffrey Cole |
| INC., an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Lois White, and Defendant, The Ritz-Carlton of Chicago, Inc., by and through their attorneys in this regard, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter be dismissed in its entirety as to all claims against the defendant with prejudice, with each party to bear its own cost and attorneys' fees.

Date: December 11, 2024

/s/ Angela Spears

---

Angela Spears
Cass Law Group
20015 S. LaGrange Road
Suite 1098
Frankfort, IL 60423

Attorney for Plaintiff

/s/ Steve Miller

---

Steve Miller
Fisher & Phillips, LLP
10 S. Wacker Drive, Suite 3450
Chicago, IL 60606
(312) 346-8061
smiller@fisherphillips.com

Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned attorney of FISHER & PHILLIPS LLP, certifies as follows:

That on December 11, 2024, I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Angela Spears
Cass Law Group
20015 S. LaGrange Road
Suite 1098
Frankfort, IL 60423

      /s/   Steve A. Miller