**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Lois White
                              Plaintiff,

v.                                           Case No.: 1:24−cv−01839
                                                     Honorable Franklin U. Valderrama

SAGE CLIENT 259, LLC., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2024:

    MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to the parties' stipulation of dismissal [19] and pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice. Each side to bear its own costs and attorneys' fees. Civil case terminated. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.